## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| John A. "Tony" Vetter, Sr., individually and on behalf of other similarly situated individuals, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No.: 8:13-CV-00642 RWT |
| Government Employees Insurance Company, et al. | ) | |
| Defendants, | ) | |
| _____/ | | |
| Francis McDonagh Individually and on behalf of other similarly situated individuals, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 8:17-CV-00391 RWT |
| Government Employees Insurance Company, et al., | ) ) | |
| Defendants. | ) | |
| _____/ | | |

### [PROPOSED] ORDER OF APPROVAL OF SETTLEMENT AND
### DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Motion to Approve Settlement Agreement ("Joint Motion") in the above-captioned cases.

**IT IS HEREBY ORDERED:**

1. The Settlement Agreement, attached as Exhibit A to the Joint Motion, for the reasons stated in the Joint Motion is **APPROVED**.

2. Pursuant to the terms of the Settlement Agreement, the claims alleged in this action are hereby **DISMISSED WITH PREJUDICE**, with the exception of Plaintiff Lindh's claims, which will be dismissed without prejudice and tolled until April 10, 2018. If Plaintiff Lindh rejects the settlement, his claims will be tolled for 14 days from the day he rejects.

3. The Court will retain jurisdiction to enforce the Settlement Agreement.

Dated this 21st day of February, 2018

United States District Judge
Roger W. Titus